IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| STEVE METTS AND MARIE METTS ) | CIVIL ACTION NO. 2:11-cv-01352-DCN |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| BUREAU OF COLLECTION ) | |
| RECOVERY, LLC ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court South Carolina, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

DATED this 30th day of September, 2011.

Respectfully submitted,

/s/ Holly E. Dowd
Holly E. Dowd (S.C. Bar No. 77897)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com

ATTORNEYS FOR PLAINTIFF

1

Notice Filed electronically on this 30th day of September, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 30th day of September, 2011, to:

Mr. Chad Echols
Lawyer
Hamilton Martens & Ballou, LLC
130 E. Main Street
Suite 201
P.O. Box 10640
Rock Hill SC 29731


s/Jessica DeCandia
Jessica DeCandia